# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:
Cathy Lenore Chance
1811 M Street Ne
Auburn, WA 98002

Chapter 13 Case # 12-16004
SSN#XXXX-XXX-3735

TRUSTEE'S DIRECTION TO PAY DEBTOR'S
EARNINGS TO TRUSTEE

The undersigned has been appointed by Order of the U.S. department of Justice / Executive Office for U.S. Trustees to serve as Chapter 13 Trustee in the above-encaptioned case and has been expressly authorized to issue this directive.

The above-named individual (the "debtor") filed a petition on June 07, 2012 for relief and a plan for reorganization under Chapter 13 of the United States Bankruptcy Code. According to that plan the debtor has agreed that a portion of his future income will be withheld and remitted to the undersigned, as Trustee, for distribution to creditors.

**Therefore**, pursuant to 11 USC 1306(a) and 1322(a)(1), you

**Support Services Inc
Attn: Payroll
241 Sw 153Rd St
Burien,WA 98166**

are directed to deduct $484.75 Weekly from said debtor's earnings beginning with the next payday following the receipt of this request, **(If unable to deduct the full amount, entire earnings are to be remitted)** and to deduct a similar amount Weekly, including any vacation pay, termination pay, or other benefits arising out of present or past employment, and to forthwith remit the sum so deducted to :

**Chapter 13 Trustee
P.O. Box 2139
Memphis, TN 38101-2139**

**Phone: (206) 624-5124 Ext: 127**

If employment of the debtor is to be terminated, you are asked to advise the Trustee of such termination, and if possible the likelihood of re-employment. Our correspondence address is **600 University St #2200, Seattle WA 98101-4100.**

**This direction supersedes all present and future garnishments or levies, including those filed by the IRS or state agencies. This direction supersedes any previous direction with respect to this debtor.**

**No Deductions** should be made or permitted for any **Wage Garnishment (other than those for child support and maintenance), Wage Assignment, Credit Union** or any other indebtedness. All such actions are prohibited except with the express order of the Bankruptcy Court. Deductions required by the laws of the United States, the law of any state or political subdivision thereof, or by insurance, pension, or union dues agreement are not intended to be disturbed.

Please indicate the debtor's **Last Name and Case Number** on all remittances.

*K. Michael Fitzgerald* (signature)

K. Michael Fitzgerald, Trustee
June 29, 2012

CM074

Ran By: Leone

Case 12-16004-MLB    Doc 18    Filed 06/29/12    Ent. 06/29/12 14:24:23    Pg. 1 of 1